Vincent
D. McConnell, for appellants; David Jetzinger, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.

Ray Schalk, Lavina Schalk, Grover Lutgert and Ellen Lutgert, Copartners Trading as Ray Schalk's Evergreen Towers, Appellants, v. Frank Schaffer, Appellee.

## Gen. No. 46,278. (Abstract of Decision.)

Johnson,
Cass & Bateman, for appellants; Rudolph L. Johnson, and Donald E. Bateman, of counsel; Schwartz & Cooper, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.

286